# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS MARTIN, | Case No.: 2:25-cv-00099-APG-MDC |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant | |

I ORDER that plaintiff Nicholas Martin's certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Martin's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by February 10, 2025.

DATED this 28th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE