ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant USAA Casualty*
*Insurance Company, erroneously named as*
*USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NICHOLAS MARTIN, individually,<br><br>       Plaintiffs,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, an unincorporated reciprocal insurance exchange; DOES 1 – X; and ROE CORPORATIONS I – X, inclusive,<br><br>       Defendants. | Case No.: 2:25-cv-00099-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY, ERRONEOUSLY NAMED AS GENERAL INDEMNITY COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT (ECF NO. 14)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules IA, IA 6-2, and 26-3, Defendant USAA CASUALTY INSURANCE COMPANY, erroneously named as USAA General Indemnity Company ("USAA CIC" or "Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and Plaintiff NICHOLAS MARTIN ("Plaintiff"), by and through his counsel of record, the law firm of BENSON ALLRED, hereby submit this Stipulation and Order to Extend Time for USAA CIC to file its Opposition to Plaintiff's Motion to Remand to State Court (ECF No. 14).

This is the first stipulation to extend the Opposition deadline, and this stipulation is presented to the Court in advance of the current deadline of February 14, 2025. For the foregoing reasons and

152131623.1

as more fully explicated below, the Parties stipulate to and respectfully request that this Court extend the response deadline in this matter until February 28, 2025.

Counsel for Defendant USAA CIC has requested additional time to file its Opposition due to counsel just completing a three (3) week trial in State Court which ended January 31, 2025. The additional time requested will aid in defense counsel's availability to thoroughly brief the issues raises in Plaintiff's Motion to Remand.

Due to the issues presented, the parties stipulate that this constitutes good cause for a brief extension of time for Defendant's Opposition. The parties request approval of the Court for an extension to Defendant's Opposition to Plaintiff's Motion to Remand to State Court.

| Dated this 5th day of February, 2025 | Dated this 5th day of February, 2025 |
|---|---|
| BENSON ALLRED | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Joshua L. Benson | /s/ Jennifer A. Taylor |
| JOSHUA L. BENSON<br>Nevada Bar No. 10514<br>333 N. Rancho Drive, Suite 420<br>Las Vegas, Nevada 89106<br>*Attorney for Plaintiff* | ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>JENNIFER A. TAYLOR<br>Nevada Bar No. 6141<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant USAA Casualty Insurance Company, erroneously named as USAA General Indemnity Company* |

## ORDER

**IT IS SO ORDERED.**

Dated this 6th day of February, 2025.

_____
**ANDREW P. GORDON**
CHIEF UNITED STATES DISTRICT JUDGE

152131623.1                 2