1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   JENNIFER A. TAYLOR
3  Nevada Bar No. 6141
   Jennifer.A.Taylor@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Defendant USAA Casualty*
7  *Insurance Company, erroneously named as*
   *USAA General Indemnity Company*
8

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11 **\*\*\***

| | |
|---|---|
| NICHOLAS MARTIN, individually, | Case No.: 2:25-cv-00099-APG-MDC |
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| USAA GENERAL INDEMNITY COMPANY, an unincorporated reciprocal insurance exchange; DOES 1 – X; and ROE CORPORATIONS I – X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant USAA General Indemnity Company to file their response to Plaintiff's First Amended Complaint, said response being due on February 14, 2025, be extended until February 28, 2025.

**Reason for Extension**

Because of the complexity of the claims made in Plaintiff's First Amended Complaint, Defendant USAA General Indemnity Company needs additional time to perform an investigation prior to filing a responsive pleading.  This stipulation is made in good faith and not for the purpose

…

…

152636613.1

of delay. This is the first extension of time requested by counsel for filing Defendant USAA General Indemnity Company's response to Plaintiff's First Amended Complaint.

Dated this 14th day of February, 2025

BENSON ALLRED

/s/ Joshua L. Benson
JOSHUA L. BENSON
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Attorney for Plaintiff*

Dated this 14th day of February, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jennifer A. Taylor
ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant USAA Casualty Insurance Company, erroneously named as USAA General Indemnity Company*

**ORDER**

**IT IS SO ORDERED.**

Dated this 18th day of February, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge