Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
      jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company, erroneously named as USAA General Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS MARTIN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Texas corporation; UNITED SERVICES AUTOMOBILE ASSOCIATION, an unincorporated association; DOES I – X; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00099-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA CASUALTY INSURANCE COMPANY TO OPPOSE PLAINTIFF'S MOTION TO REMAND**<br><br>**(SECOND REQUEST)** |

On January 31, 2025, Plaintiff filed his Motion to Remand. ECF 14. On February 5, 2025, the Parties filed a stipulation to extend the time to oppose the motion to remand until February 28, 2025. ECF 16.

On February 27, 2025, Spencer Fane entered an appearance in the case. ECF 23. Defendant expects a substitution of counsel to be on file in the next 14 days.

This is the Parties second request for an extension. This stipulation is not for the purposes of delay. Given the short notice between Spencer Fane LLP entering the case (one day before the Opposition to the Motion to Remand was due), and defense counsel's international vacation from March 1-12, Plaintiff graciously granted new defense counsel the professional courtesy of

extending the Opposition to the Motion to Remand from Friday, February 28, 2025, to Friday, March 10, 2025.

**IT IS SO STIPULATED.**

| **BENSON ALLRED INJURY LAW** | **SPENCER FANE LLP** |
|---|---|
| */s/ Joshua L. Benson* <br> Joshua L. Benson, Esq. <br> Nevada Bar No. 10514 <br> 333 N. Rancho Dr., Suite 420 <br> Las Vegas, Nevada 89106 <br> *Attorneys for Plaintiff* | */s/ Mary E. Bacon* <br> Mary E. Bacon, Esq. <br> Nevada Bar No. 12686 <br> Jessica E. Chong, Esq. <br> Nevada Bar No. 13845 <br> 300 South Fourth Street, Suite 1600 <br> Las Vegas, Nevada 89101 <br> *Attorneys for USAA Casualty Insurance Company, erroneously named as USAA General Casualty Insurance Company* |

IT IS SO ORDERED:

Dated: March 5, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE