Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company, erroneously named as USAA General Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS MARTIN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Texas corporation; UNITED SERVICES AUTOMOBILE ASSOCIATION, an unincorporated association; DOES I – X; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00099-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA CASUALTY INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

On January 31, 2025, Plaintiff filed an Amended Complaint. ECF 12. On February 14, 2025, the Parties filed a stipulation to extend the time USAA Casualty Insurance Company, erroneously named as USAA General Casualty Insurance Company ("Defendant") had to respond to February 28, 2025. ECF 20.

On February 27, 2025, Spencer Fane entered an appearance in the case. ECF 23. Defendant expects a substitution of counsel to be on file in the next 14 days.

This is the Parties second request for an extension. This stipulation is not for the purposes of delay. Given the short notice between Spencer Fane LLP entering the case (one day before the response to the Amended Complaint was due), and defense counsel's international vacation from March 1-12, Plaintiff graciously granted new defense counsel the professional courtesy of

1  extending the deadline to respond to the Amended Complaint from Friday, February 28, 2025, to
2  Friday, March 10, 2025.

**IT IS SO STIPULATED.**

| BENSON ALLRED INJURY LAW | SPENCER FANE LLP |
|---|---|
| */s/ Joshua L. Benson* | */s/ Mary E. Bacon* |
| Joshua L. Benson, Esq.<br>Nevada Bar No. 10514<br>333 N. Rancho Dr., Suite 420<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff* | Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>Jessica E. Chong, Esq.<br>Nevada Bar No. 13845<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for USAA Casualty Insurance Company, erroneously named as USAA General Casualty Insurance Company* |

IT IS SO ORDERED.

**ORDER**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 3/5/2025

DE 9799602.1