Mary E. Bacon, Esq. (NV Bar No. 12686)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com

*Attorneys for United Services Automobile Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **NICHOLAS MARTIN**, individually,<br><br>Plaintiff,<br><br>vs.<br><br>**USAA GENERAL CASUALTY INSURANCE COMPANY**, a Texas corporation; **UNITED SERVICES AUTOMOBILE ASSOCIATION**, an unincorporated association; **DOES I-X**; and **ROE CORPORATIONS I-X**, inclusive,<br><br>Defendants. | Case No.: 2:25-CV-00099-APG-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE UNITED SERVICES AUTOMOBILE ASSOCIATION'S TIME TO RESPOND TO PLAINTIFF'S OPPOSITON TO MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

On January 31, 2025, Plaintiff filed an Amended Complaint. ECF 12. On March 10, 2025, United Services Automobile Association ("USAA") filed a motion to dismiss. ECF 31. On March 24, 2025, Plaintiff filed an Opposition to the Motion to Dismiss. ECF 36. USAA's reply in support of its Motion to Dismiss is due on March 31, 2025. The Parties have stipulated to a one week extension for USAA to file its reply.

This is the Parties first request for an extension. This stipulation is not for the purposes of delay. It is a professional courtesy to defense counsel while she's catching up from being out of the office for two weeks.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated this 31ˢᵗ day of March, 2025. | Dated this 31ˢᵗ day of March, 2025. |
| 2 | **BENSON ALLRED INJURY LAW** | **SPENCER FANE LLP** |
| 3 | */s/ Joshua L. Benson* | */s/ Mary E. Bacon* |
| 4 | Joshua L. Benson, Esq.<br>Nevada Bar No. 10514 | Mary E. Bacon, Esq.<br>Nevada Bar No. 12686 |
| 5 | 333 N. Rancho Dr., Suite 420<br>Las Vegas, Nevada 89106 | Jessica E. Chong, Esq.<br>Nevada Bar No. 13845 |
| 6 | *Attorneys for Plaintiff* | 300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101 |
| 7 | | *Attorneys for United Services Automobile Association* |

IT IS SO ORDERED:

Dated: April 1, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE