UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas Martin,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>United Services Automobile Association, et al.,<br><br>                    Defendant(s). | 2:25-cv-00099-APG-MDC<br><br>**ORDER DENYING MOTION** |

IT IS ORDERED that the *Unopposed Motion to Substitute* (ECF No. 42) is **DENIED WITHOUT PREJUDICE**. The stipulation is missing the signature and consent of the affected client, as required by LR IA 11-6(c). The parties may file an amended stipulation in compliance with LR IA 11-6(c).

DATED this 18th day of April 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge