|   |   |
|---|---|
| 1 | Mary E. Bacon, Esq. |
| 2 | (NV Bar No. 12686) |
|   | SPENCER FANE LLP |
| 3 | 300 S. Fourth Street, Suite 1600 |
|   | Las Vegas, Nevada 89101 |

Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NICHOLAS MARTIN, individually,

Plaintiff,

vs.

USAA CASUALTY INSURANCE COMPANY, a Texas corporation; UNITED SERVICES AUTOMOBILE ASSOCIATION, an unincorporated association; DOES I-X; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No.: 2:25-CV-00099-APG-MDC

**SUBSTITUTION OF COUNSEL FOR USAA CASUALTY INSURANCE COMPANY**

PLEASE TAKE NOTICE that Defendant USAA Casualty Insurance Company substitutes Mary E. Bacon of Spencer Fane LLP, as attorney of record in place of Robert W. Freeman and Jennifer A. Taylor of Lewis Brisbois Bisgaard & Smith.

I accept the above substitution. I am duly admitted to practice in the U.S. District Court, for the District of Nevada.

**SPENCER FANE LLP**

Dated: April 9, 2025

s/ Mary E. Bacon

Mary E. Bacon, Esq.
Nevada Bar No. 12686
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant USAA Casualty Insurance Company*

I consent to the above substitution.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Dated: April 9, 2025

s/ Jennifer A. Taylor

Robert W. Freeman
Nevada Bar No. 3062
Jennifer A. Taylor
Nevada Bar No. 6141
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant USAA Casualty Insurance Company*

I consent to the above substitution.

**USAA CASUALTY INSURANCE COMPANY**

Dated: April 30, 2025

s/ Ryan Suerth
Ryan Suerth, Associate General Counsel

**APPROVED.**

Dated this 5th day of May 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

- 2 -